JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MARTIN VOGEL,<br><br>    Plaintiff(s),<br><br>v<br><br>PWRHL INVESTMENTS,<br><br>    Defendant(s) | CASE NO. SA CV 15-0971-DOC (RAOx)<br><br>**ORDER DISMISSING CIVIL CASE** |

The Court having been notified by counsel for the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice with the right, upon showing of good cause by **January 8, 2016** to reopen this action if settlement is not consummated.

IT IS SO ORDERED.

_/s/ David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

Dated: November 10, 2015